UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ROBIN COOPER, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

PEOPLES BANK,

        Defendant.

Case No. 3:23-cv-00389-GNS

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, by counsel, respectfully moves the Court, under Fed. R. Civ. P. 23(e)(1), to enter the tendered agreed Preliminary Approval Order, which:

(1) Certifies the Settlement Classes for purposes of settlement;

(2) Appoints Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel for the Settlement Classes;

(3) Grants Preliminary Approval to the class action Settlement Agreement and Release (the "Settlement"), attached as Exhibit 1 to the Declaration of Martin F. Schubert;

(4) Approves the form and method of sending Notice of the proposed Settlement to the Settlement Classes;

(5) Sets deadlines for members of the Settlement Classes to object to, or opt out of, the Settlement;

(6) Sets a date for a Final Approval Hearing to be set by the Court in November 2025.

Plaintiff has submitted a separate memorandum in support of this motion. Defendant does not oppose this motion.

Respectfully Submitted on 7/23/2025,

/s/ *Martin F. Schubert*
Andrew Mize (Ky. Bar No. 94453)
J. Gerard Stranch, IV, *pro hac vice*
Martin F. Schubert, *pro hac vice*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
gstranch@stranchlaw.com
mschubert@stranchlaw.com
amize@stranchlaw.com

Lynn A. Toops, *pro hac vice*
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenmalad.com

*Counsel for Plaintiff and the Putative Classes*

## CERTIFICATE OF SERVICE

It is hereby certified that on 7/23/2025, a copy of the foregoing was filed via the CM/ECF system, which will electronically serve the following:

Arie Moshe Spitz, *pro hac vice*
DINSMORE & SHOHL LLP
707 Virginia St E, Suite 1300
Charleston, WV 25301
Telephone: (304) 357-9971
Facsimile: (304) 357-0919
arie.spitz@dinsmore.com

2

Joseph N. Tucker
Annie Stewart Myers
DINSMORE & SHOHL LLP
101 S. Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone: (502) 540-2300
Facsimile: (502) 585-2207
joseph.tucker@dinsmore.com
annie.stewart@dinsmore.com
*Counsel for Defendant Peoples Bank*

                                                    */s/ Martin F. Schubert*
                                                    Martin F. Schubert, *pro hac vice*
                                                    *Counsel for Plaintiff*